# EXHIBIT C



TeamViewer Germany GmbH · Bahnhofsplatz 2 · 73033 Göppingen · Germany

Altinex Inc.
Mr. Jack Gershfeld
500 Jefferson St
Placentia, CA 92870
United States

**TeamViewer Germany GmbH**
Bahnhofsplatz 2
73033 Göppingen
Germany
**Phone**      +1 800 638 0253
**Fax**          +1 844 859 0645
**E-Mail**      www.teamviewer.com/support
**Internet**    www.teamviewer.com

**Invoice No.  2105661985**

| | |
|---|---|
| Online-delivery | 19-Sep-2019 |
| Date | 19-Sep-2019 |
| Page | 1 |

Your subscription order of 19-Sep-2019

| Quantity | Description | Invoicing period | List price per unit US$ | Discounted price US$ | Sum US$ |
|---|---|---|---|---|---|
| 1 | TeamViewer Business Subscription License number: 09-32504-867425-244055 | 19-Sep-2019 - 18-Sep-2020 | 588.00 | 499.80 | 499.80 |
| | Please note that the special price of  499.80 is only valid until 18-Sep-2020. Hereafter, you will be charged the regular price of 588.00. | | | | |

| | |
|---|---|
| Net price | 499.80 |

| | |
|---|---|
| **Total sum** | **US$ 499.80** |

Payment US$ 499.80 per credit card (Transaction number: 4315689090092340)

Please note: To use your licensed version of TeamViewer you need to log in with your licensed TeamViewer account.

US$ 499.80 (net of tax and net of withholding tax if applicable) payable until 03-Oct-2019 without deduction. Amount equals € 453,14. Bank and credit card charges at the expense of the customer.
The license is subject to our end-user license agreement which is available at www.teamviewer.com/eula. By activating the license you agree to be bound by its terms.

**The license term of the subscription is automatically extended for another 12 months if not cancelled in written form 28 days prior to expiry.**

In case you want to pay by check, please mail
to the following address:
Teamviewer GmbH
P.O. Box 743135
Atlanta, GA 30374-3135

| Bank Account | Registration | VAT number | CEO | CFO |
|---|---|---|---|---|
| ███████████████ | ████████ | ██████ | Oliver Steil | Stefan Gaiser |