# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **CENTRAL DISTRICT OF CALIFORNIA**

U.S. District Court case number: **SACV 21-00058-CJC(ADSx)**

Date case was first filed in U.S. District Court: **01/11/2021**

Date of judgment or order you are appealing: **06/24/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

JACK GERSHFELD,
individually, and on behalf of a class of similarly situated persons

Is this a cross-appeal?  ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Khiterer, Inc.

2901 W. Coast Hwy., Suite 200

City: Newport Beach   State: CA   Zip Code: 92663

Prisoner Inmate or A Number (if applicable):

**Signature**: /s/ Vladi Khiterer   **Date**: 07/19/2021

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 12/01/2018